UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SASHA WENZEL and<br>ERIC DANEAULT,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL CREDITORS CONNECTION, INC.<br>and CARRINGTON MORTGAGE SERVICES,<br><br>      Defendants. | C.A. No.: 16-CV-00481 |

**CERTIFICATION OF THOMAS W. AYLESWORTH IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' COMPLAINT**

Under penalties as provided by law, Thomas W. Aylesworth certifies that the statements set forth below are true and correct, except to those matters stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1. I am the attorney of record for Defendants, Carrington Mortgage Services, LLC ("CMS") and National Creditors Connection, Inc. ("NCCI") (collectively "Defendants"). If called as a witness in this cause, I would testify competently to the facts in this Certification from my personal knowledge.

2. This Certification is submitted in support of Defendants' Motion for Summary Judgment as to Plaintiffs, Sasha Wenzel's and Eric Daneault's (collectively "Plaintiffs") Complaint (the "Motion").

3. On March 7, 2017, Defendants served written discovery to Plaintiffs' counsel via regular mail ("Written Discovery"). Plaintiffs' responses to Defendants' Discovery Requests

were due on or about April 7, 2017. True and correct copies of Defendants' Written Discovery are attached to this Certification as **Exhibit "1."**

4. On May 8, 2017, Plaintiffs provided responses to the Written Discovery. True and correct copies of Plaintiffs' responses to Defendants' Written Discovery are attached to this Certification as **Exhibit "2."**

5. As indicated by Exhibit 2:

    a. There is no evidence that Carrington returned any of Plaintiffs' monthly Subject Loan payments.

    b. As indicated on page 92 of Exhibit 2, Plaintiffs produced a copy of the servicing transfer notice.

    c. As indicated on pages 137 through 141, Plaintiffs identify two voicemails, one where "coughing" is heard and another with "dead air."

AFFIANT STATES NOTHING FURTHER.

Dated: 11/16/17

_____
Thomas W. Aylesworth